```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 06713
   JOHNICE D BRUMFIELD CAGER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3534


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/25/2005 and was confirmed 04/18/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  10.00% from remaining funds.

     The case was paid in full 12/09/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
HSBC AUTO FINANCE           SECURED           5924.34        916.11       5924.34
HSBC AUTO FINANCE           UNSECURED             .00           .00           .00
AT & T BANKRUPCTY           UNSECURED       NOT FILED          .00           .00
ALLIED INTERSTATE           UNSECURED       NOT FILED          .00           .00
AT&T BROADBAND              UNSECURED       NOT FILED          .00           .00
AT & T BANKRUPCTY           UNSECURED       NOT FILED          .00           .00
BALLY TOTAL FITNESS         UNSECURED       NOT FILED          .00           .00
BP CITI                     UNSECURED       NOT FILED          .00           .00
CAPITAL ONE                 UNSECURED       NOT FILED          .00           .00
CAPITAL ONE                 UNSECURED       NOT FILED          .00           .00
CAPITAL ONE                 UNSECURED       NOT FILED          .00           .00
EDEN GREEN COOPERATIVE      UNSECURED       NOT FILED          .00           .00
HOUSEHOLD BANK              UNSECURED       NOT FILED          .00           .00
MCI                         UNSECURED       NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE    UNSECURED       NOT FILED          .00           .00
ISAC                        UNSECURED          1433.45         .00        143.35
ASSET ACCEPTANCE CORP       UNSECURED           566.04         .00         56.60
SPRINT PCS                  UNSECURED       NOT FILED          .00           .00
TCF BANK                    UNSECURED       NOT FILED          .00           .00
WALMART STORES INC          UNSECURED       NOT FILED          .00           .00
DAVID M SIEGEL              DEBTOR ATTY      2,244.00                    2,244.00
TOM VAUGHN                  TRUSTEE                                        574.32
DEBTOR REFUND               REFUND                                       1,141.28

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS        DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  11,000.00

PRIORITY                                          .00
SECURED                                      5,924.34

                  PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 06713 JOHNICE D BRUMFIELD CAGER
```

```
     INTEREST                                                    916.11
UNSECURED                                                        199.95
ADMINISTRATIVE                                                 2,244.00
TRUSTEE COMPENSATION                                             574.32
DEBTOR REFUND                                                  1,141.28
                                   ---------------       ---------------
TOTALS                                   11,000.00             11,000.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 03/05/09               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                            PAGE   2
            CASE NO. 05 B 06713 JOHNICE D BRUMFIELD CAGER